| | |
|---|---|
| CALVIN HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> C. WICKERT, <br><br> Defendant. | Case No. 1:19-cv-00979-SAB (PC) <br><br> ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER <br><br> (ECF No. 8) <br><br> **FOURTEEN (14) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Calvin Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 4, 2020, the Court screened Plaintiff's complaint and found that Plaintiff had stated a cognizable claim against Defendant Wickert for violations of the Equal Protection Clause of the Fourteenth Amendment, but failed to state any other cognizable claims. (ECF No. 8.) The Court ordered Plaintiff to either file a first amended complaint, or notify the Court in writing of his willingness to proceed only on the cognizable claim, within thirty (30) days from the date of service of the order. (Id.)

However, Plaintiff has not filed a first amended complaint, notified the Court in writing of his willingness to proceed only on the claims found cognizable by the Court, or otherwise communicated with the Court, and the time in which to do so has passed.

1

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's February 4, 2020 screening order and failure to prosecute. Plaintiff can comply with this order to show cause by filing either a first amended complaint curing the deficiencies identified by the Court's February 4, 2020 screening order or by notifying the Court in writing of his willingness to proceed only on the claim found to be cognizable by the Court in the February 4, 2020 screening order. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that the instant action be dismissed for failure to prosecute and failure to obey a court order</u>.

IT IS SO ORDERED.

Dated: **March 18, 2020**

UNITED STATES MAGISTRATE JUDGE