1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8   CALVIN HARRIS,

9                    Plaintiff,

10          v.

11   C. WICKERT, et al.,

12                    Defendants.

13

14

)   Case No.: 1:19-cv-00979-AWI-SAB (PC)
)
)
)
)   ORDER ADOPTING FINDINGS AND
)   RECOMMENDATIONS, AND DISMISSING
)   ACTION
)
)   (Doc. No. 10)
)
)
)
)

15          Plaintiff Calvin Harris is appearing *pro se* and *in forma pauperis* in this civil rights action

16   pursuant to 42 U.S.C. § 1983.

17          On April 14, 2020, the Magistrate Judge issued Findings and Recommendations

18   recommending that the instant action be dismissed for failure to prosecute and comply with a court

19   order.  The Findings and Recommendations were served on Plaintiff and contained notice that

20   objections were due within fourteen days.  No objections were filed and the time to do so has now

21   passed.

22          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court

23   has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including

24   plaintiff's objections, the court finds the findings and recommendation to be supported by the record

25   and proper analysis.

26   ///

27   ///

28   ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations issued on April 14, 2020 (Doc. No. 10) are adopted in full;

2.     The instant action is dismissed for failure to prosecute and comply with a court order; and

3.     The Clerk of Court shall terminate this action.

IT IS SO ORDERED.

Dated:  June 26, 2020

_____
SENIOR  DISTRICT  JUDGE

2